IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: DUTY ASSIGNMENT       :  No. 527
SCHEDULE FOR EMERGENCY    :  Judicial Administration Docket
PETITIONS IN THE YEAR 2020      :

**<u>ORDER</u>**

**PER CURIAM:**

      **AND NOW**, this 11th day of December, 2019, the emergency duty assignment for the year 2020, is herewith adopted.

| | | |
|---|---|---|
| January | Justice Sallie Updyke Mundy | (Eastern District) |
| | Justice David Wecht | (Western District) |
| February | Justice Max Baer | (Eastern District) |
| | Justice Kevin Dougherty | (Western District) |
| March | Justice Christine Donohue | (Eastern District) |
| | Justice Debra Todd | (Western District) |
| April | Justice David Wecht | (Eastern District) |
| | Justice Debra Todd | (Western District) |
| May | Justice Kevin Dougherty | (Eastern District) |
| | Justice Max Baer | (Western District) |
| June | Justice Sallie Updyke Mundy | (Eastern District) |
| | Justice Christine Donohue | (Western District) |
| July | Justice Debra Todd | (Eastern District) |
| | Justice David Wecht | (Western District) |
| August | Justice Max Baer | (Eastern District) |
| | Justice Kevin Dougherty | (Western District) |
| September | Justice Christine Donohue | (Eastern District) |
| | Justice Sallie Updyke Mundy | (Western District) |

| | | |
|---|---|---|
| October | Justice David Wecht | (Eastern District) |
| | Justice Debra Todd | (Western District) |
| November | Justice Kevin Dougherty | (Eastern District) |
| | Justice Max Baer | (Western District) |
| December | Justice Sallie Updyke Mundy | (Eastern District) |
| | Justice Christine Donohue | (Western District) |